**Glaser Weil**

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS KARABAS, individually, and on behalf of aggrieved individuals,<br><br>                    Plaintiff,<br><br>v.<br><br>INDEPENDENT MEDIA, INC., a California corporation doing business in California; SUSANNE PREISSLER, an individual; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | CASE NO.: 2:21-cv-05090-FMO-JPR<br>Hon. Fernando M. Olguin<br><br>[~~PROPOSED~~] **ORDER RE STIPULATION TO REMAND**<br><br>Crtrm:  6D<br><br>Action Removed: June 22, 2021<br><br>*[Stipulation filed concurrently herewith]* |

1

[PROPOSED] ORDER RE STIPULATION TO REMAND

2032371

## [~~PROPOSED~~] ORDER

The Court, having considered parties' Stipulation to Remand, and all other records on file in this action and matters properly before it, and finding good cause therein, hereby orders as follows:

1.     The above-captioned case is remanded to the Superior Court of the State of California, County of Los Angeles.

2.     The August 5, 2021 hearing on the Motion to Compel Arbitration and Stay Proceedings is taken off calendar without prejudice.

3.     The August 12, 2021 hearing on the Motion for Remand is taken off calendar as moot.

**IT IS SO ORDERED.**

DATED:   July 23 , 2021

/s/
_____
Hon. Fernando M. Olguin
United States District Judge

2
[PROPOSED] ORDER RE STIPULATION TO REMAND

2032371